FILED BY _____ D.C.

99 OCT 20 AM 11: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TENNESSEE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

YOLANDA DAVIS,

    Plaintiff,

v.                                                    No.  99-2319 Ml/A

SHEA OIL & GAS COMPANY, INC.,
DR. JOHN SHEA, JR., and
CLAY YAUGER,

    Defendant.

## ORDER DISMISSING CASE

Pursuant to the Stipulation of Dismissal with Prejudice filed October 18, 1999, wherein the parties stipulate that all matters in controversy in this action have been fully resolved and that the action is dismissed with prejudice, this case is hereby DISMISSED with prejudice. It was further agreed by the parties that neither party has the right to appeal, and that each party will bear its own costs and attorneys' fees.

IT IS SO ORDERED THIS 20 DAY OF October 1999.

                                                                JON P. McCALLA
                                                                UNITED STATES DISTRICT JUDGE

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-20-99

