UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

99 OCT 20  AM 11: 07

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

YOLANDA DAVIS

VS

SHEA OIL & GAS COMPANY, INC.,
DR. JOHN SHEA, JR., and
CLAY YAUGER.

JUDGMENT IN A CIVIL CASE

CASE NO: 99-2319 Ml/A

---

This action having been fully settled and compromised, and based upon the Stipulation of Dismissal filed by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order Dismissing Case filed October **20**, 1999, this case is DISMISSED with prejudice, each party to bear their own costs.

APPROVED:

*[signature]*
_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Oct. 20, 1999
_____
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

*[signature]*
_____
(By)   Deputy Clerk

This document entered on docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10-20-99

